MARY E. POST, as Administratrix, etc., Appellant, *v.* HENRY H. ISHAM, Individually, etc., et al., Respondents.

(Argued December 21, 1893 ; decided January 23, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 28, 1893, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Alfred Ely* for appellant.

*Frederic A. Ward* for respondents.

Agree to affirm ; no opinion.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.